## Local Bankruptcy Form 1007-4.2

[Caption as in Bankruptcy Official Form 16A]

### LIST OF EQUITY SECURITY HOLDERS

In a chapter 11 reorganization case, the following information is required pursuant to FED. R. BANKR. P. 1007(a)(3) and L.B.R. 1007-4:

Check applicable box:

[ ]     There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[✓]     The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

1. WAG 2001 IRR Trust 99.9% of YPCRental LLC
2. Altra Vida LLC .01% of YPCRental LLC
3.

Dated: 1-9-13                                By: _____
                                             Signature of debtor

Dated: _____                By: _____
                                             *Counsel to* _____
                                             Attorney registration number (if applicable)
                                             Business address (or home address for *pro se*)
                                             Telephone number
                                             Facsimile number
                                             E-mail address

FILED IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH 2013 JAN 10 PM 1:29