**YPCRENTAL LLC**
**1953 Mahre Dr**
**Park City UT 84098**

In Re: YPCRENTAL LLC                                               Case # 13-20283

# DECLARATION OF DEBTOR YPCRENTAL LLC
# ORDER TO DISCLOSE SINGLE ASSET REAL ESTATE
# PURSUANT TO (11U.S.C. 362(d)(3) & 101(51B))

*2013 JAN 29 PM 2:59*
*DISTRICT OF UTAH*
*FILED IN THE UNITED STATES BANKRUPTCY COURT*

I William Gayler, declare that:

1. I am the Manager of Altra Vida LLC which is the Manger of the Debtor in **Case No. 13-20283** and I have personal knowledge of the facts stated in this declaration, or if so stated, believe them to be true to the best of my knowledge, information and belief, and I am competent to testify as to the facts stated herein.
2. On or about January 10th, 2013 I filed on behalf of the Debtor a Chapter 11 bankruptcy Pro Se.
3. On or about January 10th, 2013 I listed on the Petition and Schedule A of the Chapter 11 petition that the Debtor entity was a single asset Limited Liability Company owning a property at 1953 Mahre Dr Park City UT 84098.
4. YPCRENTAL LLC owns a fee simple interest by warranty deed in the property located at 1953 Mahre Dr.
5. I declare under penalty of perjury that the forgoing is true and correct

Executed in Park City, UT this 29th day of January, 2013

_____
William Gayler, Manager, Altra Vida

[Type text]

2

Case # 13-20283

```
=====================================
         SNYDERVILLE BRANCH
         PARK CITY, Utah
              840989998
            4977880157-0099
  01/29/2013 (800)275-8777 02:13:25 PM
=====================================
========= Sales Receipt =========
Product          Sale Unit      Final
Description       Qty  Price    Price
=====================================

@@ LAS VEGAS NV                  $5.85
 89129 Zone-4
 Priority Mail
 1.30 oz.
 Expected Delivery: Thu 01/31/13
 Label #:
 9505 5109 5272 3029 5111 35
                              ========
 Issue PVI:                     $5.85

@@ SCOTTSDALE AZ                 $5.85
 85260 Zone-4
 Priority Mail
 1.00 oz.
 Expected Delivery: Thu 01/31/13
 Label #:
 9505 5109 5272 3029 5113 71
                              ========
 Issue PVI:                     $5.85

@@ FRESNO CA 93888               $5.85
 Zone-4 Priority Mail
 1.00 oz.
 Expected Delivery: Thu 01/31/13
 Label #:
 9505 5109 5272 3029 5116 09
                              ========
 Issue PVI:                     $5.85

@@ SALT LAKE CITY UT             $5.60
 84115 Zone-1
 Priority Mail
 1.00 oz.
 Expected Delivery: Wed 01/30/13
 Label #:
 9505 5109 5272 3029 5118 21
                              ========
 Issue PVI:                     $5.60

                             ==========
 Total:                         $23.15

Paid by:
Debit Card                      $23.15
  Account #:       XXXXXXXXXXXX4984
  Approval #:      500490
  Transaction #:   329
  23903450526
  Receipt#:        002019
```

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2013 JAN 29 PM 2:59
DISTRICT OF UTAH