In Re: YPCRENTAL LLC                                                  Case # 13-20283

# Preliminary Status Report
## Contents

History of the debtor
a. The debtor is a Utah Limited Liability Company organized in 2011 for the acquisition of a vacation rental property located at 1953 Mahre Dr. Park City, Utah. The event that caused the debtor to file the petition was a property trustee sale scheduled for January 15, 2013. Debtor/Mortgage Holder has been seeking findings from the national Independent Foreclosure Review board as to fraudulent mortgage claims.

Type of Plan
b. Reorganization

Cramdown
c. The debtor will be seeking some sort of cramdown of the 2nd mortgage/interest rates and/or monthly payments within the reorganization plan

Valuation of Assets
d. Litigation is unknown

Cash Collateral and Adequate Protection
e. Unknown

Adversary Proceedings
f. No adversary proceeding are contemplated at this time

Environmental Issues
g. No environmental issues are known

Objections to Claims
h. Unknown

Post-Confirmation Sale of Assets
i. Unknown

# Preliminary Status Report
# Contents

Anticipated Professional Fee
  j. Unknown at this time

Small Business Case
  k. Small business debtor

Requirements of Chapter 11 Debtor in Possession
  l. Complying with requirements