**The below described is SIGNED.**

Dated: February 06, 2013

_____

**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| IN RE: | BANKRUPTCY NO. 13-20283 JTM |
|---|---|
| YPCRENTAL, LLC, | ORDER DISMISSING CASE |
| Debtor. | (Chapter 11) |

  The hearing on the Court's Order to Attend Preliminary Status Conference in the above-entitled case, having come before the Court on Tuesday, February 5, 2013, at 2:00 p.m., notice having been properly given to the Debtor and all parties on the mailing matrix, Laurie A. Cayton appearing for the U.S. Trustee, the Debtor not appearing through counsel nor through a representative, and the Court being fully advised and having considered the evidence presented and the arguments of counsel and having made his findings of fact and conclusions of law on the record, including the finding that the Debtor entity was not represented by counsel as required pursuant to Local Rule 9011-2(a), and good cause appearing therefore, it is hereby

  ORDERED that this Chapter 11 Case is DISMISSED.

_____END OF DOCUMENT_____

## DESIGNATION OF PARTIES TO BE SERVED

Service for the foregoing **ORDER DISMISSING CASE** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Laurie A. Cayton
Laurie.cayton@usdoj.gov

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

YPCRental LLC
1953 Mahre Drive
Park City, UT 84098

All Parties on the Official Mailing Matrix

_____
Deputy Clerk